UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE THOMPSON FILM, LLC,

    Plaintiff,

v.                                                          Case No.  6:13-cv-671-ORL-36TBS

DOE 57,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion for Extension of Time to Serve Defendant (Doc. 8).  Plaintiff has subpoenaed internet service provider Embarq Communications, Inc. to obtain Defendant's true identity so that Defendant can be served.  (Id.).  Plaintiff anticipates Embarq's response by September 15, 2013 and seeks an enlargement of time until November 30, 2013 to serve Defendant (Id.).

Federal Rule of Civil Procedure 4(m) permits an extension of time for service of process if a plaintiff shows good cause.  Here, the delay in service results from an outside factor, beyond Plaintiff's control, which constitutes good cause.  Accordingly, Plaintiff's motion is GRANTED.  Plaintiff has through November 30, 2013 within to serve Defendant.

DONE AND ORDERED in Orlando, Florida, on August 23, 2013.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel