UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE THOMPSONS FILM, LLC,

      Plaintiff,

v.                                            Case No: 6:13-cv-671-Orl-36TBS

RAMSES VELEZ a/k/a DOE 57,

      Defendant.

_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on June 5, 2014 (Doc. 18).   In the Report and Recommendation, Judge Smith recommends that the Court:

1.      GRANT The Thompsons Film, LLC's Motion for Default Judgment (Doc. 16).

2.      ENTER a permanent injunction against Defendant Ramses Velez and enjoin him from directly or indirectly infringing Plaintiff's rights in The Thompsons. This includes use of the internet to reproduce or copy The Thompsons, to distribute The Thompsons, or to make The Thompsons available for distribution to the public, except pursuant to a lawful license or with the express authority of The Thompsons Film, LLC. It would also require Defendant to destroy all illegally downloaded copies of The Thompsons on any computer hard drive or server without and any copy of the motion picture transferred onto any physical medium or device in his possession custody, or control.

3.      GRANT The Thompsons Film, LLC's request for statutory damages to the extent provided herein and impose statutory damages in the amount of $6,000 against Defendant.

4.      GRANT The Thompsons Film, LLC's request for attorneys' fees and costs to the extent provided herein and require Defendant to pay The Thompsons Film, LLC $1,320 in attorneys' fees and $524 in costs.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).    No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The Thompsons Film, LLC's Motion for Default Judgment (Doc. 16) is GRANTED, in part and DENIED, in part.

(3)     The Thompsons Film, LLC's request for statutory damages is GRANTED. Plaintiff is awarded $6,000 in statutory damages against Defendant.

(4)     Finding the hourly rate and hours expended to be reasonable, The Thompsons Film, LLC's request for attorneys' fees and costs is GRANTED.  Plaintiff is awarded $1,320 in attorneys' fees and $524 in costs against Defendant.

(5)     Plaintiff's Motion for Entry of Final Default Judgment And Permanent Injunction (Doc. 16) is denied in all other respects.

(6)     A final judgment and permanent injunction will be entered by separate order.

**DONE AND ORDERED** at Tampa, Florida on July 28, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. Smith
Counsel of Record